(December 11, 1979)

■ BANKERS TRUST HUDSON VALLEY, N. A., Respondent, v GERALD A. CHRISTIE, Appellant, et al., Defendant.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was the order of Special Term which granted plaintiff's motion for partial summary judgment correct as a matter of law?" Mahoney, P. J., Sweeney, Staley, Jr., and Mikoll, JJ., concur; Greenblott, J., dissents and votes to deny the motion.

■ HARRY A. PARSLOW et al., Appellants, v GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent.—Motion to dismiss appeal as untimely taken denied, without costs. Since the copy of the order of Special Term served on appellants' attorney on August 22, 1979 failed to indicate the date of the order, it was defective in a material respect and therefore its service was ineffective to commence appellants' time to appeal (see CPLR 2219, subd [a]; 5513, subd [a]; 10 Carmody-Wait 2d, NY Prac, § 70:115). Mahoney, P. J., Sweeney, Kane, Main and Mikoll, JJ., concur.